JUDGE ABRAMS



HOLLAND & KNIGHT LLP
Christopher R. Nolan
K. Blythe Daly
31 West 52nd Street
New York, New York  10019
E-mail:chris.nolan@hklaw.com
E-mail:blythe.daly@hklaw.com
Telephone: 212.513.3200
Fax: 212.385.9010



*Attorneys for Petitioner, Crystal Pool AS*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

Crystal Pool AS,

        Petitioner,

    v.

Trefin Tankers Ltd..

        Respondent.

Case No. 12 - CV - _____

**VERIFIED PETITION TO
APPOINT AN ARBITRATOR AND
COMPEL ARBITRATION**

    The Verified Petition of CRYSTAL POOL AS ("Owner" or "Petitioner"). by and through its attorneys, Holland & Knight LLP. respectfully alleges, upon information and belief, as follows:

    1.    This is a case of admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333 and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

    2.    At all times material herein, Petitioner was and is a business entity organized and existing under the laws of the Kingdom of Norway.

    3.    At all times material herein, upon information and belief, TREFIN TANKERS LTD. ("Charterer" or "Respondent") was and is a business entity organized and existing under the laws of the country of Greece, maintaining a place of business at Ag. Dimitriou Str. No. 41. 185 46, Piraeus. Greece.

## CRYSTAL AMBRA CHARTER

4.      Petitioner, the disponent owner[1] of the M/V CRYSTAL AMBRA, and Respondent agreed to a time charter of the Vessel dated March 7, 2012, as memorialized by Fixturenote 23120130 (the "Crystal Ambra Charter"), for a voyage from Augusta to Rotterdam. The Crystal Amber Charter provides for freight in the amount of USD 61.50 per metric ton and demurrage in the amount of USD 10,500 per day, pro rata.

5.      The Crystal Ambra Charter is based on the ExxonMobil VOY2005 form. Clause 35 of the ExxonMobil VOY2005 form, entitled " Arbitration," provides that arbitration of disputes shall take place in New York pursuant to New York law. With respect to the appointment of arbitrators, clause 35 provides:

> Any and all differences and disputes of whatsoever nature arising out of this Charter shall be put to arbitration in the City of New York, pursuant to the laws relating to arbitration there in force, before a board of three persons, consisting of one arbitrator to be appointed by Owner, one by Charterer and one by the two so chosen.

6.      Petitioner performed all duties arising under the Crystal Ambra Charter.

7.      Since the date the Crystal Ambra Charter was executed, a number of disputes have arisen between the parties, including but not limited to disputes over Respondent's failure to pay Petitioner the freight, demurrage, and other costs duly owing. More particularly, four (4) invoices remain outstanding as set forth below:

a)      Freight Invoice, dated March 19, 2012 (EUR 124,163.88);

b)      Costs Invoice, dated June 4, 2012 (EUR 2,875.50);

c)      Demurrage Invoice, dated June 14, 2012 (EUR 37,278.00);

---

[1] A disponent owner is the person or company who controls the commercial operation of a vessel. Very often, the disponent owner is not the registered owner having title to the vessel but a party who has previously chartered the vessel from the registered owner or another charterer. Peter Brodie, DICTIONARY OF SHIPPING (4th ed 2003). In turn, the disponent owner can then charter (lease) the vessel to another party, i.e., the charterer.

   d)     Costs Invoice, dated June 29, 2012 (EUR 2,284.75).

The total that remains outstanding from Respondent with respect to the Crystal Ambra Charter is EUR 166,602.13.[2]

   8.     In connection with these disputes, on or about October 11, 2012, Petitioner, pursuant to the Crystal Ambra Charter and ExxonMobil Voy2005 Clause 35, appointed as its arbitrator Mr. David W. Martowski.  By letter dated October 12, 2012, Petitioner's overseas counsel advised Respondent of Mr. Martowski's appointment and requested that Respondent name its arbitrator.  A true and correct copy of the October 12, 2002 letter to Respondent's counsel is annexed as **Exhibit 1**.

   9.     On or about November 12, 2012, Petitioner's counsel, having not yet heard from Respondent, sent a second letter to Respondent notifying it that the undersigned had been appointed to apply to this Court for an order compelling arbitration and appointing Charterer's arbitrator.  A true and correct copy of the November 12, 2012 letter to Respondent is annexed as **Exhibit 2**.

   10.    To date, Charterer has not responded to either the October 12, 2012 or the November 12, 2012 letters.

   11.    Respondent has failed to comply with Petitioner's request to name an arbitrator and proceed to arbitration for the claims arising out of the Crystal Ambra Charter.

---

[2] On or about December 11, 2012, the conversion rate of EUR to USD was 1.30.  As a result, Petitioner's total claim against Respondent in relation to the Crystal Ambra Charter is approximately USD 216,582.76, exclusive of interest and costs.

## BOW BALEARIA CHARTER

12.     Petitioner, the disponent owner of the M/V BOW BALEARIA, and Respondent agreed to a time charter of the Vessel dated May 1, 2012, as memorialized by Fixturenote 23120226 (the "Bow Balearia Charter"), for a voyage from Augusta to Rotterdam. The Bow Balearia Charter provides for freight in the amount of USD 62.00 per metric ton and demurrage in the amount of USD 9,750 per day, pro rata.

13.     The Bow Balearia Charter is based on the ExxonMobil VOY2005 form. Clause 35 of the ExxonMobil VOY2005 form, entitled " Arbitration," provides that arbitration of disputes shall take place in New York pursuant to New York law. With respect to the appointment of an arbitrator, clause 35 of the ExxonMobil VOY2005 form provides:

> Any and all differences and disputes of whatsoever nature arising out of this Charter shall be put to arbitration in the City of New York, pursuant to the laws relating to arbitration there in force, before a board of three persons, consisting of one arbitrator to be appointed by Owner, one by Charterer and one by the two so chosen.

14.     Petitioner performed all duties arising under the Bow Balearia Charter.

15.     Since the date the Bow Balearia Charter was executed, a number of disputes have arisen between the parties, including but not limited to disputes over Respondent's failure to pay Petitioner the freight and demurrage duly owing. More particularly, two (2) invoices remain outstanding as set forth below:

    a)     Freight Invoice, dated May 15, 2012 (EUR 118,080.89);

    b)     Demurrage Invoice, dated June 4, 2012 (USD 14,015.00);

The total that remains outstanding from Respondent with respect to the Bow Balearia Charter is EUR 118,080.89 plus USD 14,015.00.[3]

16.     In connection with these disputes, on or about October 11, 2012, Petitioner, pursuant to the Bow Balearia Charter and ExxonMobil Voy2005 Clause 35, appointed as its arbitrator Mr. David W. Martowski.  By letter dated October 12, 2012, Petitioner's overseas counsel advised Respondent of Mr. Martowski's appointment and requested that Respondent name its arbitrator.  A true and correct copy of the October 12, 2002 letter to Respondent's counsel is annexed as **Exhibit 3**.

17.     On or about November 12, 2012, Petitioner's counsel, having not yet heard from Respondent, sent a second letter to Respondent notifying it that the undersigned had been appointed to apply to this Court for an order compelling arbitration and appointing Charterer's arbitrator.  A true and correct copy of the November 12, 2012 letter to Respondent is annexed as **Exhibit 4**.

18.     To date, Charterer has not responded to either the October 12, 2012 or the November 12, 2012 letters.

19.     Respondent has failed to comply with Petitioner's request to name an arbitrator and proceed to arbitration for the claims arising out of the Bow Balearia Charter.

## REQUEST FOR RELIEF

20.     This Court has the power to appoint an arbitrator on behalf of Respondent and order that the arbitration proceed forthwith pursuant to the provisions of the Federal Arbitration Act and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, Title 9, United States Code, Sections 4, 5, and 206.  Petitioner respectfully requests the Court exercise

---

[3] On or about December 11, 2012, the conversion rate of EUR to USD was 1.30.  As a result, Petitioner's total claim against Respondent in relation to the Bow Balearia Charter is approximately USD 167,520.15, exclusive of interest and costs.

this power and to assist the Court in its designation, a complete current listing of the members of the Society of Maritime Arbitrators, Inc. is annexed hereto as **Exhibit 5**.   Biographical information for the arbitrators listed in Exhibit 5 may be found at: http://www.smany.org/sma/memberRoster.html.   In the alternative, Petitioner requests that the Court select three alternate arbitrators, in descending order of choice in the event of conflicts or unwillingness to serve, from the present roster of the Society of Maritime Arbitrators.

21.     The Petitioner has duly performed all of its obligations to Respondent in accordance with the terms of the Crystal Ambra and Bow Balearia Charters.

22.     No previous application has been made to this Court, or any other court or judge, for the order and relief sought herein.

**WHEREFORE**, Petitioner requests that this Court issue an Order:

(i)     Appointing an arbitrator on behalf of Respondent and directing Respondent to proceed to arbitration forthwith, or, upon its failure to so proceed, directing that the arbitration proceed forthwith without Respondent; and

(ii)     Awarding Petitioner costs and attorneys' fees associated with this petition; and

(iii)     Granting such other and further relief as may be just in the circumstances.

Dated:  New York, New York
   December 27, 2012

HOLLAND & KNIGHT LLP
Christopher R. Nolan
K. Blythe Daly
31 West 52nd Street
New York, New York  10019
E-mail:chris.nolan@hklaw.com
E-mail:blythe.daly@hklaw.com
Telephone: 212.513.3200
Fax: 212.385.9010
*Attorneys for Petitioner, Crystal Pool AS*

To:     Trefin Tankers Ltd.
        Ag. Dimitriou Str. No. 41
        185 46
        Piraeus GREECE

#11883067_v2

# EXHIBIT 1

 **Nordisk Legal Services**

Georg S. "to" aden questor advokat
Piere G. Siesa, avrokio, advokat H
Knut Jelling Juen ag, advokat og jl
Lasse d contret atarney US's
Susar Clark, attorney US^
Egil Andre Berglund, advokat
Bernard Dicksman solicitor, reg and
Michae. Brooks solicitor, England
Henrik Audnesen advokat
Dattan Boje barrister England
Karl Lxck segl advokat
Joanne Conway, solicitor, Lrgla ic
Camille Brandt, advokatttl rektor, ci j c
Norman Goossen Meyer advokat
Page Young atto ne, USA
Yll a MacDowall Bar er advokat
Anders Exje advokat
Starlett Herwood solicito England

**Nordisk Legal Services Pte. Ltd**
Magne Andersen, direktor advokat
June McWilliams solicitor, England
Tom Putan solicitor, England

Trefin Tankers Ltd
Ag. Dimitriou Str. No. 41
18546
Piraeus
Greece

c/o Braemar Seascope Chemicals
chemicals@braemarseascope.com

Your ref.:               Our case no : 20122219 EAB      Date: 12 October 2012
                         *Please quote case no in all correspondence*

## VIA Electronic Mail and Registered Post

## Crystal Pool AS - Crystal Ambra - Trefin Tankers - CP dated 07/03/2012

Further to our earlier correspondence, we now give you notice on behalf of Chrystal Pool AS, owners under the above charterparty, that we have commenced arbitration proceedings against you.

Please be advised that we have appointed Mr. David W. Martowski as owners' arbitrator in respect of any and all disputes arising under or in connection with the charterparty. His contact details are set out below:

David W. Martowski
91 Central Park West
New York, NY 10023
USA
dmartowski@verizon.net

Clause 35 of the Charterparty calls for all disputes to be referred to three arbitrators in New York. The said clause further provides that the Charterparty shall be subject to New York Law and the Owners request that the Charterers also agree that the arbitration be conducted pursuant to the rules of the SMA.

We now call upon you to nominate the charterer's appointed arbitrator in accordance with Clause 35 of the charterparty. Please be advised that your failure to nominate an arbitrator within 20 days will result in an application to the courts to have one appointed for you.

Please also note that unless you apply to stay the arbitration within twenty days after service you shall thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in court the bar of a limitation of time.

 Nordisk Legal Services

We look forward to hearing from you.

Yours faithfully,
**Nordisk Legal Services**

Paige Young / Egil Andre Berglund

PYO/mkr

# EXHIBIT 2

 **Nordisk Legal Services**

~ss hu  du dress c  adv sa
c er t   cl dr k er al ok a  H
n u  l rg sb el  ng  evok  d  l
ass  Cl  s el  attor es  YY
Su sin C  e  k ur n c  US
Egil An  c  s  ngl nd  a vok a
 Be rar d Cl  es  en  so  c er E ngl nd
Michac  Brooks sol c     ngl c
He rn  Aal ru ser  idvoka
J  t  t  v  n  l  c  Engl n  i
s t  ve  Kryf  t n  k a
J u  t  Ce w  s  solicitor  Ir gl n d
vam  I  H a e t  advok tfu ln ek  g  dr  ju
No rm  an H  ss  n  Meyer  nd  okat
T  pe Young  attorney  USA
Yliv  Mac Dow ll  H  yk   nd okt i
Anders Ev c  advocat
Scarlett Hc nwood  solic tor  England

**Nordisk Legal Services Pte  Ltd**
M gn c Andersen  direktør  idvokat
Jude McWilliams  solicitor  England
Tom  Pullin  solicitor  England

Chartering Department
Trefin Tankers Ltd
Ag  Dimitriou Str  No  41
185 46
Piraeus
Greece
ops@trefintankers gr

c/o Braemar Seascope Chemicals
chemicals@braemarseascope com

| Your ref | Our case no  20122219 EAB | Date  12 November 2012 |
|---|---|---|
| | *Please quote case no  in all correspondence* | |

## VIA Electronic Mail and Courier

**Crystal Pool AS – Crystal Ambra - Trefin Tankers - CP dated 07/03/2012**

Reference is made to our letter dated 12 October 2012 to which we have received no response  The Charterers have also failed to appoint their designated arbitrator in accordance with Clause 35 of the Charterparty after the Owners appointed Mr  David Martowski as their designated arbitrator  Consequently, we hereby give you notice that we have directed Mr  Chris Nolan of the firm Holland and Knight  in New York to apply to the Court to have an arbitrator appointed on your behalf in accordance with the Charterparty and the Federal Arbitration Act

For the sake of good order we have attached hereto a copy of our letter dated 12 October 2012 and are sending both via email and registered mail  If you have not received our previous correspondence or would now like to participate in these proceedings, we would urge you to contact us immediately

Yours faithfully,
**Nordisk Legal Services**

*Paige Young*

Paige Young / Egil Andre Berglund

PYO/mkr

# EXHIBIT 3

 **Nordisk Legal Services**

Georg Scheel sda. direktor ad o n
o h General dir ktor e oviat Ill
K u ling Open teg al ore l n
sw B r s t o s l
S haru c a k t orres SA
gl u a e s Ja i i a e
Kric I Cl Ash r s t cab i np e
N t l Jucss son i u
en s se cesn i t
rei y b r stc b
s r sor hy nla t
o r t w s sonc e it s x t
Cam i rel advokat i ll er ty c
sv man Hansen Meyer advoka
Lage Young attorny SA
Ylsa M C o w a l Hayler advol at
Anderis Eve advokat
Scurlctt Henwood solicitor England

**Nordisk Legal Services Pte Ltd**
Magne Andersen direktor advokat
Jude McWilliams solicitor, England
Tom Pullin solicitor England

Trefin Tankers Ltd
Ag Dimitriou Str No 41
18546
Piraeus
Greece

c/o Braemar Seascope Chemicals
chemicals@braemarseascope com

| Your ref | Our case no  20122219 EAB | Date  12 October 2012 |
| --- | --- | --- |
| | *Please quote case no in all correspondence* | |

<u>VIA Electronic Mail and Registered Post</u>

## Crystal Pool AS – Bow Balearia - Trefin Tankers - CP dated 01/05/2012

Further to our earlier correspondence, we now give you notice on behalf of Chrystal Pool AS, owners under the above charterparty, that we have commenced arbitration proceedings against you

Please be advised that we have appointed Mr  David W  Martowski as owners' arbitrator in respect of any and all disputes arising under or in connection with the charterparty   His contact details are set out below

David W  Martowski
91 Central Park West
New York, NY 10023
USA
dmartowski@verizon net

Clause 35 of the Charterparty calls for all disputes to be referred to three arbitrators in New York   The said clause further provides that the Charterparty shall be subject to New York Law and the Owners request that the Charterers also agree that the arbitration be conducted pursuant to the rules of the SMA

We now call upon you to nominate the charterer's appointed arbitrator in accordance with Clause 35 of the charterparty   Please be advised that your failure to nominate an arbitrator within 20 days will result in an application to the courts to have one appointed for you

Please also note that unless you apply to stay the arbitration within 20 days after service you shall thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in court the bar of a limitation of time



# Nordisk Legal Services

We look forward to hearing from you.

Yours faithfully,
**Nordisk Legal Services**

Paige Young / Egil Andre Berglund

PYO/mkr

# EXHIBIT 4



# Nordisk Legal Services

Chartering Department
Trefin Tankers Ltd
Ag Dimitriou Str No 41
185 46
Piraeus
Greece
ops@trefintankers gr

c/o Braemar Seascope Chemicals
chemicals@braemarseascope com

| | | |
|---|---|---|
| Your ref | Our case no  20122219 EAB | Date  12 November 2012 |
| | *Please quote case no in all correspondence* | |

## VIA Electronic Mail and Courier

### Crystal Pool AS – Bow Balearia - Trefin Tankers - CP dated 01/05/2012

Reference is made to our letter dated 12 October 2012 to which we have received no response  The Charterers have also failed to appoint their designated arbitrator in accordance with Clause 35 of the Charterparty after the Owners appointed Mr  David Martowski as their designated arbitrator  Consequently, we hereby give you notice that we have directed Mr  Chris Nolan of the firm Holland and Knight  in New York to apply to the Court to have an arbitrator appointed on your behalf in accordance with the Charterparty and the Federal Arbitration Act

For the sake of good order we have attached hereto a copy of our letter dated 12 October 2012 and are sending both via email and registered mail  If you have not received our previous correspondence or would now like to participate in these proceedings, we would urge you to contact us immediately

Yours faithfully,
**Nordisk Legal Services**

Paige Young / Egil Andre Berglund

PYO/mkr

# EXHIBIT 5

## SOCIETY OF MARITIME ARBITRATORS, INC

30 Broad Street - 7th Floor  •  New York, NY 10004

ARNOLD, Manfred W.
BERG, Jack
BEYS, Petros M.
BHUSHAN, Mukul
BLAIR, Capt. Daniel M.
BLAKE, George C.
BONTEMPS, Capt. Thomas J.
BOWDERY, Allan G.
BRADSHAW, Thomas J.
BULOW, Lucienne Carasso
BUSCH, Stephen H.
BUTCHER, James E.
CARROLL, Ronald T.
COUTSODONTIS, Stylianos L. (Steve)
CUNEO, Joseph J.
CUSHING, Charles R., PhD, P.E.
DESMOND, Gerard T.
DEVINE, John J. Jr.
DOOLEY, Austin L.
FABRIKANT, Charles
FACKLER, D. Michael
FLYNN, Robert John
FOX, Thomas F.
FROST, Donald B.
GEORGES, Jerry
GREENLEES, J.N. (Jamie)
HALPIN, Harold J.
HAND, Michael J.
HANSEN, Svend H., Jr.
HARRIS, Jonathan P.
HARTMANN, Peter W.
HAWKINS, Nigel J.
HOOD, James N.
KIMBALL, Philip B.
MANNION, Gerald M.
MARTOWSKI, David W.
MEASTER, Charles L.
MEEHAN, Robert C.
MORDHORST, Klaus C.J.
MUFF, Walter R.
NERGAARD, Bengt E.
NICHOLS, Alexis
NORTHMORE, Michael J.
NORZ, Charles H.
NOTIAS, Nicholas X.
NOTTINGHAM, Milton G., Jr.
PAPPAS, Katherine A.
PENDER, Thomas P.
POE, Eddie J.
QUINN, William H.
RING, John F., Jr.
RUDOLPH, Richard E.
SANTINI, Basil A.
SHAW, Robert G.
SICILIANO, A.J.
SONDHEIM, Herbert
SPAULDING, Jr., Robert J.
SPITZ, C. Eugene
SZOSTAK, Donald J.
TSAGARIS, Constantine (Dean)
TYD, Robert W.
UMBDENSTOCK, Robert P.

van GELDER, Michael A.
VENTURAS, Evangelos
WARFIELD, James J.
WHEELER, Wesley D.
WINER, Joseph H.
WISWELL, Peter S.
WOLMAR, Soren
YEARWOOD, Donald R.

| VOUCHER | INVOICE | INVOICE DATE | AMOUNT |
|---------|---------|--------------|--------|
| 2576337 | 823067 | 12/19/12 | 350.00 |
| | | | |
| | | **TOTAL** | **$350.00** |

*500177-03318*

Court Name: District Court
Division: 1
Receipt Number: 465401056294
Cashier ID: Clapsley
Transaction Date: 12/27/2012
Payer Name: HOLLAND AND KNIGHT LLP
------------------------------
CIVIL FILING FEE
 For: HOLLAND AND KNIGHT LLP
 Amount:        $350.00
------------------------------
CHECK
 Check/Money Order Num: 01
 Amt Tendered: $350.00
------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:       $0.00

12CV9417(RA)